## CASE ANNOUNCEMENTS

*October 23, 2009*

[Cite as *10/23/2009 Case Announcements*, 2009-Ohio-5577.]

## MOTION AND PROCEDURAL RULINGS

**2008–2502. State v. Bodyke.**
Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387. This cause is pending before the court as an appeal from the Court of Appeals for Huron County. Upon consideration of the motion of amicus curiae Ohio Attorney General to participate in oral argument scheduled for November 4, 2009,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellee.

**2009–1250. State ex rel. Schwebel Baking Co. v. Jones.**
Franklin App. No. 08AP–874, 2009-Ohio-2506. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion to withdraw as counsel,

It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2009–1631. State ex rel. Guillory v. Clark.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2009–1749. Torrance v. West.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration thereof,

It is ordered by the court, sua sponte, that this cause is dismissed due to relator's failure to respond to the order issued by this court on October 6, 2009 to show good cause why he should be permitted to proceed with this action without payment of the filing fee and security deposit.

**2009–1750. Torrance v. Rucker.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration thereof,

It is ordered by the court, sua sponte, that this cause is dismissed due to relator's failure to respond to the order issued by this court on October 6, 2009 to show good cause why he should be permitted to proceed with this action without payment of the filing fee and security deposit.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2009–1356. State ex rel. Nissin Brake Ohio, Inc. v. Indus. Comm.**
Franklin App. No. 08AP–909, 2009-Ohio-2993.